

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00451-CR

Hector Augusto **GRAMAJO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CR-9358
Honorable Mary D. Roman, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, counsel's motion to withdraw is GRANTED and the judgment of the trial court is AFFIRMED.

SIGNED December 11, 2013.

_____
Rebeca C. Martinez, Justice